■ OLIVER DOUCE, Also Known as PETER PARKINS, Appellant, v BANCO POPULAR NORTH AMERICA, Respondent. [777 NYS2d 635]— Order, Supreme Court, Bronx County (Barry Salman, J.), entered on or about October 4, 2002, which, inter alia, granted defendant's motion pursuant to CPLR 3211 to dismiss the complaint, unanimously affirmed, with costs.

Plaintiff's claim for fraud was not pleaded with the requisite particularity (*see* CPLR 3016 [b]), and his claims for civil rights violations were devoid of supporting factual allegations. His remaining claim, for breach of contract, was not viable in light of the admissions contained in his pleading and the terms of the subject car loan agreement, which together establish conclusively that plaintiff was in default under the agreement and that defendant bank was entitled to retain the collateral, i.e., the car, in lieu of the debt. Concur—Nardelli, J.P., Saxe, Williams, Friedman and Sweeny, JJ.

■ ROBERT KAPPSTATTER, Appellant, v CITY OF NEW YORK et al., Defendants, and 34TH STREET PARTNERSHIP, INC., Defendant and Third-Party Plaintiff-Respondent. WHITCO, Third-Party Defendant-Respondent and Fourth-Party Plaintiff-Respondent. IBERIA ROAD MARKINGS CORP., Fourth-Party Defendant-Respondent. [777 NYS2d 634]—Order, Supreme Court, New York County (Faviola A. Soto, J.), entered June 19, 2003, which granted summary judgment dismissing, inter alia, the complaint and all cross claims as against defendant 34th Street Partnership and the additional-party defendants, unanimously affirmed, without costs.

The record reveals that neither 34th Street Partnership nor the additional-party defendants, who were engaged in installing and removing signage in the business district pursuant to various contractual arrangements, created the condition that caused plaintiff's trip and fall. Nor did any of these parties comprehensively assume the duties of the landowner pursuant to their various agreements. Under the circumstances, none of the moving defendants owed a duty to plaintiff (*see Espinal v Melville Snow Contrs.,* 98 NY2d 136 [2002]). Concur—Nardelli, J.P., Saxe, Williams, Friedman and Sweeny, JJ.